*542
 
 The. CHIEF .JUSTICE
 

 delivered the opinion of the ec urt.,
 

 The revisory jurisdiction of this court over the'judgments of State tribunals, is defined by the' twenty-fifth section of the Judiciary Act-of 1789.- .It is there provided thátthe' citation- must be signed by the chief justice, or judge,1- dr chancellor of the court rendering or passing the judgment or decree complained of,, or by a j.ustice of the Supreme Court of the United ^States. But the .citation in; the-casé before us, was signed by district judge. This was without authority of law; and'the citation was, therefore, without effect. The case therefore is not properly,in this court;.and thé writ, of error must be
 

 Dismissed: